# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Krysta Hurt,

    Plaintiff,

v.

The Prudential Insurance Company of America,

    Defendant.

Civil No. 26-cv-2029 (PJS/SGE)

**ORDER TO MEET AND CONFER AND SUBMIT JOINT REPORT PURSUANT TO RULE 26(f)**

Plaintiff brings this action for individual disability benefits under ERISA, 29 U.S.C. §1001 *et. seq*. Ordinarily, a pretrial schedule is determined following a pretrial conference. *See* Fed. R. Civ. P. 16(a). However, the Court is mindful of the requirement that this matter should be managed, and the rules applied, to "secure the just, speedy, and inexpensive" resolution of this litigation. Fed. R. Civ. P. 1. Therefore, the Court holds a pretrial conference in cases such as this one, which are typically decided on the Administrative Record, only if: (1) the parties request one; (2) a review of the joint Rule 26(f) Report indicates that the parties cannot agree on appropriate deadlines; (3) it appears the case might require discovery; or (4) if other aspects of the case require greater discussion.

For these reasons, the Court will not automatically set a pretrial scheduling conference in this case; however, the Court encourages any party to request one if the party believes an early conference will assist the parties and the Court. The Court may, on its own, determine that a pretrial scheduling conference is necessary upon receipt of

the parties' Rule 26(f) Report, and if so, will notify the parties. Otherwise, the Court will issue a Pretrial Scheduling Order pursuant to Fed. R. Civ. P. 16(b) based on the parties' Joint Report under Fed. R. Civ. P. Rule 26(f).

To facilitate this modified approach, the Court issues the following Order.

## ORDER

**IT IS HEREBY ORDERED** that:

1. The parties must meet and confer **no later than June 5, 2026**, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Local Rules.

2. A Joint Rule 26(f) Report must be submitted using, in substantial part, the Court's ERISA form template attached.  **The Joint Rule 26(f) Report must be filed no later than June 12, 2026**.

3. In addition to the Rule 26(f) Report, each party shall email to chambers a confidential settlement letter addressing what settlement discussions have taken place, whether the party believes an early settlement conference would be productive, and what discovery each party believes is necessary before an early settlement conference can take place, no later than **June 12, 2026.**

Failure of any party or counsel to comply with any part of this Notice, including delivery of a copy of the Rule 26(f) Report to Magistrate Judge Elkins' chambers by the time specified in this Notice, may result in the imposition of an appropriate sanction on the party or attorney who failed to comply, or both.

Dated: May 22, 2026

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge

Attachments

2